UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL BASILIO LOPEZ, <br><br>                 Plaintiff, <br><br>v. <br><br>YAAKOV WEICHMAN, et al., <br><br>                 Defendants. | 23-CV-3769 (DEH) <br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                            DALE E. HO
                                            United States District Judge