

# CILENTI & COOPER, PLLC

### ATTORNEYS AT LAW

60 East 42nd Street – 40th Floor
New York, New York 10165
————
Telephone (212) 209-3933
Facsimile (212) 209-7102

November 21, 2023

**Application GRANTED.  The parties shall file their settlement agreement by December 5, 2023.**

**VIA ECF**

Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: November 21, 2023
New York, New York

Re:       *Miguel Basilio Lopez v. 86th Street Wine, et. al.*
Case No.:    23 Civ. 3769 (DEH)

Dear Judge Ho,

We are counsel to the plaintiff in the above referenced Fair Labor Standards Act matter. This is plaintiff's motion to extend the deadline for the parties to file their settlement agreement and request for approval, which is currently tomorrow [Docket 22]. We apologize this letter is not filed two (2) days prior to the deadline as required by the court's individual practices. We have been making an effort to file the settlement but as yet, plaintiff has not executed it and we had some difficulty scheduling him to review and execute the agreement.

The deadline is November 22, 2023; this is the first request for an extension; the reason is the settlement has been finalized but not yet executed; this is made on consent of all parties; the extension requested is two (2) weeks, but we hope to file it earlier.

Thank you for your consideration of this case.

Respectfully submitted,
CILENTI & COOPER, PLLC
/s/ Peter Hans Cooper

By:    _____
Peter Hans Cooper

cc:     All counsel of Record (Via ECF and E-mail)

**The Clerk of Court is respectfully requested to close the open motion at ECF No. 24.**